

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2017

No. 04-17-00518-CR

**IN RE** Roberto D. **CORVERA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On August 14, 2017, Relator filed a petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider Relator's petition. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 15, 2017.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2017.

Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 544976, styled *State of Texas v. Roberto D. Corvera*, pending in the County Court at Law No. 2, Bexar County, Texas, the Honorable Jason Wolff presiding.